UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOUIS SPEARS,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANK CHANG,<br><br>            Defendant. | Case No.: 1:22-cv-00726 SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR TO PAY FILING FEE**<br><br>**30-DAY DEADLINE** |

   Plaintiff John Louis Spears is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

   Plaintiff filed his complaint in the Sacramento Division of this Court on June 2, 2022. (Doc. 1.) The action was transferred to the Fresno Division on June 15, 2022. (Doc. 4.)

   Plaintiff has not paid the $402 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 to this Court.

   Accordingly, **IT IS ORDERED** that:

1. The Clerk of the Court is DIRECTED to send Plaintiff an application to proceed *in forma pauperis* form; and

2. **Within 30 days** of the date of service of this order, Plaintiff is ORDERED to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the

alternative, pay the $402 filing fee. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:  **June 16, 2022**                         /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE