UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOUIS SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK CHANG,<br><br>    Defendant. | Case No.: 1:22-cv-00726-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION** |

Plaintiff John Louis Spears is proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On March 4, 2024, Defendant Chang filed a Motion to Dismiss Plaintiff's Complaint. (Doc. 31.) Plaintiff has failed to file an opposition or statement of non-opposition as required by this Court's Local Rules.

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Pursuant to Local Rule 230(*l*), any opposition "to the granting of [a] motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect …."

Because Defendant filed and served his motion on March 4, 2024, any opposition or statement of non-opposition by Plaintiff was due to be filed no later than March 25, 2024, plus time for mailing. Moreover, Defendant's motion expressly advised Plaintiff of Local Rule 230(*l*) and the 21-day deadline for filing an opposition. (*See* Doc. 31 at 1-2.) Despite the passage of nearly 30 days, Plaintiff has failed to file either an opposition or statement of non-opposition to Defendant's motion.

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 21 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Local Rules. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendant's motion filed March 4, 2024.

**Plaintiff is advised that a failure to respond to this Order will result in a recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute.**

IT IS SO ORDERED.

Dated:   **April 2, 2024**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

2