UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOUIS SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK CHANG,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-00726-SKO (PC)<br><br>**ORDER EXTENDING STAY OF ACTION TO NOVEMBER 19, 2024**<br><br>(Doc. 37) |

Plaintiff John Louis Spears is proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.     BACKGROUND**

On March 4, 2024, Defendant Chang filed a Motion to Dismiss Plaintiff's Complaint. (Doc. 31.) On April 2, 2024, after more than 21 days passed without Plaintiff having filed an opposition or statement of non-opposition in response, the Court issued its "Order to Show Cause ("OSC") Why Sanctions Should Not Be Imposed for Plaintiff's Failure to File an Opposition or Statement of Non-Opposition." (Doc. 32.) Plaintiff was directed to respond within 21 days. (*Id*. at 2.)

On April 10, 2024, the United States Postal Service returned the OSC marked "Undeliverable, Unable to Forward." (Docket entry dated 4/10/24.) The OSC was re-served to Plaintiff on May 2, 2024. (Docket Entry dated 5/2/24.)

On May 1, 2024, Plaintiff filed a document titled "Motion to Stay Proceedings Due to Mental Health Treatment."[1] (Doc. 33.) Defendants did not oppose the motion.

On May 23, 2024, the Court issued its Order Granting Plaintiff's Motion to Stay Proceedings and Staying Case for Ninety Days and Order Discharging Order to Show Cause. (Doc. 35.) Plaintiff was advised that if he believed a further stay of these proceedings was necessary, he should file a renewed request with the Court and indicate the length of any further stay sought. (*Id*. at 2-3.) On August 26, 2024, Plaintiff filed a document titled "Motion to Stay Proceedings Due to the Extension of Mental Health Treatment in the Psychiatric Inpatient Program (PIP)." (Doc. 37.) Plaintiff states he is "now receiving an additional 90 day[s]" treatment in the PIP program. (*Id*.) He adds that a further stay of 90 days will allow him to complete his mental health treatment at the appropriate level of care, to be discharged from the PIP program, and to be "endorsed/transferred to another prison facility." (*Id*.) The Court finds a response by Defendants to be unnecessary.

## II. CONCLUSION AND ORDER

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to extend the stay these proceedings (Doc. 37) is **GRANTED**;
2. This action is **STAYED** to and including **November 19, 2024**;[2] and
3. The deadline to oppose Defendant's motion to dismiss will be re-set once the stay of these proceedings is lifted.

IT IS SO ORDERED.

Dated:   **August 27, 2024**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is presently housed at the California Medical Facility in Vacaville, California. His complaint concerns a claim arising at Salinas Valley State Prison.

[2] 5/23/24 + 90 days = 8/21/24. 8/21/24 + 90 days = 11/19/24.