UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOUIS SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK CHANG,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-00726-KES-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION TO DISMISS<br><br>Docs. 31, 46 |

Plaintiff John Louis Spears is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 27, 2024, the assigned magistrate judge recommended defendant Chang's motion to dismiss be granted in part and denied in part. Doc. 46. Specifically, the magistrate judge found that, under principles of claim preclusion, this action is barred by plaintiff's prior suit in state court, which asserted the same Eighth Amendment claim brings here.[1] *Id.* at 11. Therefore, the magistrate judge recommended that the action be dismissed without leave to amend. *Id.* The findings and recommendations were served on plaintiff and contained notice that

---

[1] The magistrate judge also recommended that defendant's motion to dismiss based on the statute of limitations be denied. *Id.* at 9–11. The Court need not reach the statute of limitations issue, as this action is barred on claim preclusion grounds by the decision in plaintiff's prior state action, and the motion to dismiss is granted on that basis.

1  any objections thereto were to be filed within fourteen days after service. *Id.* at 12. Plaintiff has
2  not filed objections, and the time to do so has passed.
3      In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de
4  novo review of the case. Having carefully reviewed the file, the Court concludes that the findings
5  and recommendations to dismiss this action as barred by claim preclusion, based on the decision
6  in plaintiff's prior state case, are supported by the record and by proper analysis.
7      Accordingly, it is ORDERED:
8      1. The findings and recommendations, issued December 27, 2024, Doc. 46, are
9         ADOPTED as set forth above;
10     2. Defendant's motion to dismiss, Doc. 31, is GRANTED;
11     3. Plaintiff's action is dismissed without leave to amend; and
12     4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 22, 2025

UNITED STATES DISTRICT JUDGE

2